UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNION MUTUAL FIRE INSURANCE COMPANY,

                        Plaintiff

-v-

MARIO TEJADA and PABLO BRITO,

                        Defendant.

20 Civ. 9166 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The case management conference in this case is rescheduled to January 14, 2022 at 11:30 AM.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 7, 2022
         New York, New York