UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION MUTUAL FIRE INSURANCE COMPANY,

                           Plaintiff

-v-

MARIO TEJADA and PABLO BRITO,

                           Defendant.

20 Civ. 9166 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The case management conference scheduled for January 14, 2022 at 11:30 AM will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: January 12, 2022
           New York, New York