UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

UNION MUTUAL FIRE INSURANCE COMPANY

                        Plaintiff,

-v-

MARIO TEJADA and PABLO BRITO,

                        Defendants.

ORDER

20 Civ. 9166 (PAE)

―――――――――――――――――――――――――――――

PAUL A. ENGELMAYER, District Judge:

    At the case management conference held on January 14, 2022, the Court set the following deadlines governing plaintiff Union Mutual Fire Insurance Company's ("Union Mutual") forthcoming motion for summary judgment:

- March 4, 2022:  Union Mutual's opening brief.
- April 25, 2022:  Defendants' opposition briefs.
- April 8, 2022:  Union Mutual's reply brief.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 18, 2022
       New York, New York