UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION MUTUAL FIRE INSURANCE COMPANY

                                  Plaintiff,

-v-

MARIO TEJADA and PABLO BRITO,

                                  Defendants.

**AMENDED ORDER**

20 Civ. 9166 (PAE)

---

PAUL A. ENGELMAYER, District Judge:

At the case management conference held on January 14, 2022, the Court set the following deadlines governing plaintiff Union Mutual Fire Insurance Company's ("Union Mutual") forthcoming motion for summary judgment:

- March 4, 2022: Union Mutual's opening brief.
- April 25, 2022: Defendants' opposition briefs.
- May 8, 2022: Union Mutual's reply brief.

SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                      Paul A. Engelmayer
                                                                      United States District Judge

Dated: February 4, 2022
        New York, New York