UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION MUTUAL FIRE INSURANCE CO.

                                        Plaintiff,

-v-

MARIO TEJADA and PABLO BRITO,

                                        Defendants.

20 Civ. 9166 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This Court has received Union Mutual Fire Insurance Company ("Union Mutual")'s motion to stay the instant insurance action pending resolution of the underlying state court action. Dkts. 103–05. The only other appearing party in this case, Mario Tejada, has indicated he consents to such a stay. Dkt. 106. The Court is in agreement that a stay would at this time advance the interest of judicial economy.

Accordingly, the Court stays this action *sine die*. The parties should submit a joint status update to this Court no later than 14 days following the resolution of the now-pending motions for partial summary judgment and for leave to amend in state court, summarizing the state court's decision and its effect, if any, on the propriety of a continued stay in this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 22, 2024
       New York, New York