UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :

UNION MUTUAL FIRE INSURANCE COMPANY,    :

                         :                 20 Civ. 9166 (PAE)

                 Plaintiff,      :

                         :                   ORDER

         -v-                    :

                         :

TEJADA ET AL.,                    :

                         :

              Defendants.     :

                         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On May 22, 2024, the Court granted the parties' motion for a stay of this case pending resolution of the underlying state court action.  Dkt. 107.  On November 8, 2024, the Court extended the stay to May 30, 2025, and directed the parties to submit another status update on or before that date.  Dkt. 111.  No such status update has been filed in this case. The Court directs the parties to file a status update by September 5, 2025.

SO ORDERED.

Paul A. Engelmayer
_____
Paul A. Engelmayer
United States District Judge

Dated: August 22, 2025
      New York, New York