UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNION MUTUAL FIRE INSURANCE
COMPANY,

Plaintiff,

v.

MARIO TEJADA and
PABLO BRITO,

Defendant.

---

**STIPULATION OF
DISCONTINUANCE AND
ORDER OF DISMISSAL**

Civil Action No.: 1:20-cv-09166

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties who have appeared herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, on the merits, with prejudice, without costs to any party as against the other.

Dated: December 11, 2025

HURWITZ FINE P.C.

Katherine Fleming

Katherine A. Fleming, Esq.
*Attorneys for Plaintiff*
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
(716) 849-8900

PARDALIS & NOHAVICKA, LLP

Todd B. Sherman, Esq.
*Attorneys for Defendant Mario Tejada*
950 Third Avenue, 11th Floor
New York, New York 10022
(212) 213-8511

GRANTED.

SO ORDERED:     Paul A. Engelmayer

Date: December 12, 2025
New York, New York